Alma Jessop, Respondent, v. Augusta Pulver and Alonzo E. Pulver, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

George A. Hall, Appellant, v. Edward C. Hyle, as Trustee, etc., and as Administrator, etc., of Lillia F. Campbell, Deceased, and Others, Respondents.— Judgment affirmed, with costs. All concurred. Present — Kruse, P. J., Robson, Foote and Lambert, JJ.; McLennan, P. J., having been present at the argument of the appeal, but having died on the 8th day of May, 1913, without having taken any part in the determination of this appeal.

Edward C. Hyle, as Trustee for Ida A. Wolcott, and Others, Respondents, v. George A. Hall and Jennie M. Hall, His Wife, Appellants.— Judgment and order affirmed, with costs. All concurred. Present — Kruse, P. J., Robson, Foote and Lambert, JJ.; McLennan, P. J., having been present at the argument of the appeal, but having died on the 8th day of May, 1913, without having taken any part in the determination of this appeal.

Edward Riedman, as Executor, etc., Appellant, v. William M. Bates, Respondent.— Judgment affirmed, with costs. All concurred.

Julia Kollis, as Administratrix, etc., of Joseph Kollis, Deceased, Respondent, v. Buffalo Union Terminal Railroad Company, Appellant.— Order modified by striking therefrom the provisions respecting the production of records and photographs, and as so modified affirmed, without costs of this appeal to either party. Held, that the provision of the order respecting the production of paper is too general. All concurred.

In the Matter of the Application of Frances Eliza Young, as Administratrix, etc., of Rufus L. Fiske, Deceased, Respondent, for Authority to Mortgage, Lease or Sell, etc. Isabel Fiske Clark, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Atlanta Machine Works, Respondent, v. Edward G. Felthousen, Appellant.— Motion granted and appeal dismissed, without costs. All concurred.

Louis Michel, Appellant, v. The Ransomville Basket Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Probate of the Last Will and Testament of Anna M. Hollenbeck, Deceased. Helen A. H. St. John, Individually and as Executrix, etc., of Anna M. Hollenbeck, Deceased, and Denison Hollenbeck, Appellants; Giles Hollenbeck and Others, Respondents.— Decree of Surrogate's Court reversed upon questions of fact, with costs to appellant to abide event, payable out of the estate, and a trial of the following questions of fact directed to be had by a jury at a Trial Term of the Supreme Court to be held in and for the county of Monroe on the second Monday of September, 1913, viz.: "1. Was the instrument offered for probate, dated the 2d day of August, 1895, duly executed and published by the testatrix as her last will and testament? 2. Did the testatrix duly execute and publish a will on or about December 5, 1910, or at any time subsequent to the execution of the instrument proposed for probate by which she revoked the will dated August 2, 1895?" The particular questions of fact upon which the reversal is made are the findings contained in the decision to the effect that the testatrix executed a will on or about December 5,